JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

AUG - 8 2012

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 8.8.12

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY IBARRA,<br><br>        Petitioner,<br><br>   vs.<br><br>RANDY GROUND, Warden,<br><br>        Respondent. | Case No. EDCV 12-0796-DSF (RNB)<br><br>**J U D G M E N T** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed herein,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 8/6/12

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG - 8 2012

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE